UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DESIREE EHRLICH** §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§ **CIVIL ACTION NO. 5:23-CV-927**<br>§<br>**JEFFREY O'NEAL EVANS and** §<br>**TRADITION TRANSPORTATION** §<br>**COMPANY, LLC** §<br>§<br>*Defendants.* § | |

**STIPULATION OF DISMISSAL OF PLAINTIFF'S
CLAIMS AGAINST DEFENDANTS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW** Plaintiff Desiree Ehrlich and Defendants Jeffrey O'Neal Evans and Tradition Transportation Company, LLC and files this Stipulation of Dismissal of Plaintiff's Claims and respectfully show unto the Court:

IT IS THEREBY STIPULATED AND AGREED, by and between Plaintiff Desiree Ehrlich and Defendants Jeffrey O'Neal Evans and Tradition Transportation Company, LLC, through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims asserted by Plaintiff in the above-referenced litigation against Defendants, including all claims for attorney's fees and costs, are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Upon the full execution and filing of this Stipulation, the Court may proceed, without further notice or hearing, to enter judgment of dismissal with prejudice as to all claims asserted by Plaintiff in the above-referenced litigation against all Defendants.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Desiree Ehrlich and Defendants Jeffrey O'Neal Evans and Tradition Transportation Company, LLC respectfully pray that the Court grant any and all relief at law and equity which the parties may be entitled.

Respectfully Submitted,

| | |
|---|---|
| */s/ Bernardo Gonzalez* | April 14, 2025 |
| **BERNARDO GONZALEZ** | DATE |

State Bar No. 08124100
bernardogonzalez@carabinshaw.com
**CARABIN SHAW**
875 E. Ashby, Ste. 1100
San Antonio, TX 78212

**COUNSEL FOR PLAINTIFF(S)**

And

| | |
|---|---|
| */s/ Patrick F. Madden* | April 14, 2025 |
| **PATRICK F. MADDEN** | DATE |

Texas Bar No. 00787943
PMadden@MacdonaldDevin.com
**JENNIFER A. CHEEK**
Texas Bar No. 24095098
JCheek@MacdonaldDevin.com
**MACDONALD DEVIN MADDEN KENEFICK & HARRIS, PC**
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Phone: (214) 744-3300
Fax: (214) 747-0942

**COUNSEL FOR DEFENDANT(S)**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on the 14TH day of April 2025.

*/s/ Patrick F. Madden*
**PATRICK F. MADDE**